# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>GENE STIPE, )<br>       Defendant. ) | Case No. 07-TP-01-RAW |

## ORDER

This matter came on for competency hearing on November 5, 2007. The Court made oral findings of fact and conclusions of law which are hereby incorporated in this Order.

It is the Order of the Court that, pursuant to 18 U.S.C. §4241(d), defendant is committed to the custody of the Attorney General, with the recommendations for placement stated at the hearing. Defendant shall self-report at the designated facility by noon on November 16, 2007. In the interim, defendant shall be placed on house arrest, with electronic monitoring, the cost of the monitoring to be borne by the defendant. The execution of this Order (with the exception of house arrest and electronic monitoring) is stayed, pending an anticipated appeal. All other conditions of supervised release and bond remain in force, including the prohibition against the defendant consorting with other felons, such as Steve Covington. And we mean it.

**ORDERED THIS 6th DAY OF NOVEMBER, 2007.**

**Dated this 6th Day of November 2007.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma